UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SHANE DABBS PRODUCTIONS, LLC, *
                               *
      Plaintiff,               *
                               *    CASE NO.:5:15-cv-00903-HGD
v.                             *
                               *
CERTAIN UNDERWRITERS AT        *
LLOYD'S OF LONDON,             *
                               *
      Defendant.               *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shane Dabbs Productions, LLC and Defendant Certain Underwriters at Lloyd's of London stipulate to dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own costs.

_____
R. WILLSON JENKINS (ASB-1097-i61R)
Attorney for Plaintiff Shane Dabbs
Productions, LLC

OF COUNSEL:
R. WILLSON JENKINS, PC
Post Office Box 1061
Florence, AL 35630
(256) 766-4840
becky@bunchandjames.com

_____
A. GRADY "BO" WILLIAMS, IV (WILLA1951)
Attorney for Defendant Certain Underwriters at Lloyd's of London

OF COUNSEL:
PHELPS DUNBAR LLP
Post Office Box 2727
Mobile, AL 36652-2727
251-432-4481
bo.williams@phelps.com

PD.18915257.1