FILED
2016 Feb-19 PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SHANE DABBS PRODUCTIONS, LLC, | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No. 5:15-cv-00903-HGD |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, | ) ) ) ) |
| Defendant | ) |

## DISMISSAL ORDER

Pursuant to the Stipulation of Dismissal With Prejudice filed by the parties (Doc. 11), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs. The telephone status conference set for 10:00 a.m. on February 26, 2016, is CANCELED.

DONE this 19th day of February, 2016.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE